AO 442 (Rev. 01/09) Arrest Warrant

8155134

U.S. MARSHAL-DC AM11:5
RECEIVED JAN 21 '20

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
SPENCER EUGENE MOORE
835 51st Street, NE
Washington, DC  20019

*Defendant*

Case No.  10-CR-283-3 (RJL)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SPENCER EUGENE MOORE

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☒ Order of the Court

This offense is briefly described as follows:

DEFENDANT FAILED TO APPEAR AT A COURT ORDERED HEARING. DEFENDANT IS TO BE HELD WITHOUT BOND WHEN ARRESTED PENDING A HEARING BEFORE THE ASSIGNED JUDGE

Date: 01/16/2020

*Issuing officer's signature*

City and state:   Washington, DC

John T. Haley, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 01/16/2020, and the person was arrested on *(date)* 8/29/2025
at *(city and state)* Washington, DC

Date: 8/29/2025

*Arresting officer's signature*

Ryan Owens   OUSM
*Printed name and title*